UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

       Plaintiffs,

-against-

N.Y.P.D.; NYC MTA,

       Defendants.

19-CV-10920 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued November 26, 2019, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 26, 2019
    New York, New York

              COLLEEN McMAHON
            Chief United States District Judge